| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:16CR00072-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Ashton L. Howard | DISTRICT WD/LA | DIVISION Monroe |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert G. James | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/19/2017 | TO 05/18/2020 |

OFFENSE
18 U.S.C. §922(j): Possession of Stolen Firearms

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Western   DISTRICT OF  Louisiana

 IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Eastern District of Wisconsin  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 02, 2019
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern   DISTRICT OF  Wisconsin

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                           *United States District Judge*